# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2014

Rehearing No. 601

146478

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
　　　　Defendant-Appellant.

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

_____/

      On order of the Court, the motion for rehearing and/or clarification is considered. On November 6, 2013, this Court granted the defendant's application for leave to appeal limited to whether *Miller v Alabama*, 567 US ___ (2012), applies retroactively under federal law and/or state law. *People v Carp*, 495 Mich 890 (2013). With regard to the other issues that were raised in the defendant's application for leave to appeal but not addressed in this Court's prior opinion, leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. In all other respects, the motion for rehearing and/or clarification is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2014



Clerk

t1015